UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE JETT,

    Petitioner,

vs.                                        CASE NO. 06-13938
                                            HON. LAWRENCE P. ZATKOFF

THOMAS K. BELL,

    Respondent.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed an application for a writ of habeas corpus (Docket #1). This matter is currently before the Court on Magistrate Judge Pepe's Report and Recommendation (Docket #36) regarding Respondent's Motion for Summary Judgment (Docket #5), Petitioner's Motion for Full and/or Partial Judgment on the Pleadings (Docket #9) and Petitioner's Motion to Strike Respondent's Supplemental Answer (Docket #32), in which the Magistrate Judge recommends that all three Motions be denied.

After a thorough review of the court file and the Report and Recommendation (to which neither party filed a timely objection), this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Therefore, for the reasons stated above, Respondent's Motion for Summary Judgment (Docket #5), Petitioner's Motion for Full and/or Partial Judgment on the Pleadings (Docket #9) and Petitioner's Motion to Strike Respondent's Supplemental Answer (Docket #32) are DENIED.

IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: September 5, 2007

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 5, 2007.

                                                      s/Marie E. Verlinde
                                                      Case Manager
                                                      (810) 984-3290